IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01449-PAB

CESAR DE JESUS MALDONADO OCHOA,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora ICE Processing Center,
GEORGE VALDEZ, in his official capacity as Field Office Director of the Aurora Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement,
DAVID VENTURELLA, in his official capacity as Acting Director, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, in his official capacity as Attorney General of the United States.

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 8] of Judge Philip A. Brimmer entered on April 17, 2026, it is

ORDERED that petitioner Cesar de Jesus Maldonado Ochoa's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief [Docket No. 1] is GRANTED. It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 5th day of June, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ J. Dynes
      Deputy Clerk